UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                    :
UNITED STATES OF AMERICA,    :
                                    :
    - v. -                       :    ORDER
                                    :
EDUARDO RIVERA,                :    20 Cr. 006 (JSR)
  a/k/a "Monster," and       :
RAFAEL WALLER,                :
                                    :
          Defendants.       :
                                    :
- - - - - - - - - - - - - - - - - - X

        Upon the application of the United States, by and through Assistant United States Attorney Jacob R. Fiddelman, and with the consent of the defendants, by and through counsel, it is hereby ORDERED that this matter is continued to January 21, 2020 at 11:00 a.m. and that the time between the date of this Order and January 21, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

        The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, because it will permit defense counsel to effectively represent their clients by appearing for an initial conference and will permit the parties to engage in plea discussions.

Dated:    New York, New York
          January 3, 2020

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE